[No. 51821-6-I.   Division One.   May 3, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM HARROLD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-02598-2, Douglas D. McBroom, J., entered February 7, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 51891-7-I.   Division One.   May 3, 2004.]

SHARON L. HAMBY, *Appellant*, v. EYE ASSOCIATES NORTHWEST, P.C., ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 01-2-18411-3, Sharon S. Armstrong, J., entered November 7 and December 18, 2002 and January 23, 2003. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy and Appelwick, JJ.

[No. 51894-1-I.   Division One.   May 3, 2004.]

*In the Matter of the Marriage of* ANN E. STAPLETON, *Respondent*, and CHRISTOPHER M. BERNARDS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-3-06045-7, Terence Lukens, J., entered June 19, 2003. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy and Schindler, JJ.

[No. 51921-2-I.   Division One.   May 3, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. STIG AUGUST SWANSON, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 02-1-05890-2, Ronald Kessler, J., entered January 29 and April 15, 2003. *Affirmed* by unpublished per curiam opinion.